| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2008 | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Scott, Jeanne E. | 2. Court or Organization<br><br>US Dist. Ct., Cent. Dist.of Il | 3. Date of Report<br><br>04/20/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>US Dist. Judge, active status | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>**5b.** ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>600 E. Monroe<br>Springfield, Illinois 62701 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE OFFICE   2009 APR 27 A 10:28   RECEIVED

Scott_Jeanne_E

| Name of Person Reporting | Date of Report |
|---|---|
| Scott, Jeanne E. | 04/20/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Oct.-Dec. | State of Il — Judges' Retirement System Pension | $12,953.60 |
| 2. Nov.-Dec. | Il. Municipal Retirement System --Pension | $882.68 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *– transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scott, Jeanne E. | 04/20/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scott, Jeanne E. | 04/20/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Alcoa common stock | A | Dividend | J | T | | | | | |
| 2. Amer. Express common stock | A | Dividend | J | T | | | | | |
| 3. Bristol Myers Sq. common stock | A | Dividend | J | T | | | | | |
| 4. Intel common stock | A | Dividend | J | T | | | | | |
| 5. Pepsico common stock | A | Dividend | J | T | | | | | |
| 6. Schlumberger common stock | A | Dividend | J | T | | | | | |
| 7. SW Airlines common stock | A | Dividend | J | T | | | | | |
| 8. Varian Inc. common stock | | None | J | T | | | | | |
| 9. Farm rental prop Sangamon Co.,Ill., appraisal 2-12-90 | B | Rent | K | Q | | | | | |
| 10. Varian Medical Sys. Inc. common stock | | None | K | T | | | | | |
| 11. JP Morgan Chase Bank, formerly Bank One --acct. | A | Interest | L | T | | | | | |
| 12. Natl. Cty. Bank acct. | C | Interest | L | T | | | | | |
| 13. Bank of Spfld. acct. | B | Interest | K | T | | | | | |
| 14. Vanguard Index Trust 500 Fd. | A | Dividend | J | T | | | | | |
| 15. Pioneer Tax-free Inc. Fd., Cl. A | A | Dividend | J | T | | | | | |
| 16. ML CMA Tax-Exempt Money Fd. | A | Dividend | J | T | | | | | |
| 17. Merrill Lynch-IRA | C | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scott, Jeanne E. | 04/20/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Alger Midcap Growth, Cl. C | | | | | Sold | 4-24 | K | B | |
| 19. -Columbia International Val Fd, Cl C | | | | | Sold | 4-24 | K | B | |
| 20. -Blackrock Global Alloc. Fd. Inc. C | | | | | Buy | 4-24 | K | | |
| 21. -Ivy Asset Strategy Fd., Cl. C | | | | | Buy | 4-24 | K | | |
| 22. -ML Bank USA RASP | | | | | | | | | |
| 23. Phil Pa Wtr-Swr Rev 7% Bd. 14th Ser Jun89 0% Oct 01 08 | B | Interest | | | Redeemed | 10-01 | K | | |
| 24. Conn. St. College Sav Bd Ser A 6.65%CI May92 0% May 15 10 | B | Interest | K | T | | | | | |
| 25. Oak Lawn Il Wtr-Swr Rev 6.8%CI Ser A RF DG Jun92 0% Oct 01 09 | B | Interest | K | T | | | | | |
| 26. Broward Cnty Fla Sch Dist RFDG Bd 6.55% CI Jun92 0% Feb15 08 | A | Interest | | | Redeemed | 2-15 | K | | |
| 27. Montour Pa Sch DT New Sch Ser B 5.75 %CIBd Aug93 0% Jan01 11 | B | Interest | K | T | | | | | |
| 28. Crowley Tex Indpt Sch Dt Bldg Rfdg7.15% CI Bd Aug91 0%Aug1 16 | B | Interest | K | T | | | | | |
| 29. Wash. Co Pa at LSE Rev Cap 6.85%CI Bd Apr 92 0% Jun01 20 | B | Interest | K | T | | | | | |
| 30. Marine Bank acct. | C | Interest | L | T | | | | | |
| 31. Carrollton Bank acct | B | Interest | K | T | | | | | |
| 32. ChevronTexaco Corp. common stock | A | Dividend | K | T | | | | | |
| 33. Zimmer Holdings Ins. common stock | | None | J | T | | | | | |
| 34. Georgia Mun. Elec. Ath. Pwr. Rev.B 7.9% Aug.88 0% Jan01 13 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scott, Jeanne E. | 04/20/2009 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Aim Basic Value Fd., Cl.C | | None | | | Sold | 3-31 | L | B | |
| 36. Mass. Investors Growth Stck Fd. Cl.C | | None | K | T | | | | | |
| 37. Escondido CA Jt Pwrs Fin Auth Rev 6.4% Bd Jan92 0% Sep01 12 | B | Interest | K | T | | | | | |
| 38. E-470 Pub Hwy at Col Rv 5.43% CI SerB Bd Aug 97 0% Sep01 16 | C | Interest | | | Sold | 11-21 | L | | |
| 39. Midway Tex Indpt Sch Dis 6.2% CI Rf Bd Mar00 0% Aug15 15 | B | Interest | K | T | | | | | |
| 40. Ill. Nat. Bank acct. | B | Interest | L | T | | | | | |
| 41. American General Life Ins. Co. whole life insurance policy | A | Interest | K | T | | | | | |
| 42. Duke Energy Corp., formerly Cinergy Corp., common stock | A | Dividend | J | T | | | | | |
| 43. Harris Cnty Tex 5.9% CI RFDG Bd Nov96 0% Oct 01 13 | C | Interest | L | T | | | | | |
| 44. Clovis Ca Uni Sch Dist SerB 4.62% CI Bd Oct02 0% Aug01 17 | C | Interest | L | T | | | | | |
| 45. Harley Davidson Inc., common stock | A | Dividend | | | Sold | 11-21 | J | | |
| 46. Town and Country Bank acct. | C | Interest | L | T | | | | | |
| 47. Palm Bch Co Fl solid wst Rev A 5% Rfdg Bd Sep 98 0% Oct01 12 | C | Interest | L | T | | | | | |
| 48. Prairie State Bank acct. | B | Interest | K | T | | | | | |
| 49. Manteca Ca Uni Sch Dist 4.35% CI Bond | B | Interest | L | T | | | | | |
| 50. Ameriprise Finl Inc., common stock | A | Dividend | J | T | | | | | |
| 51. Medina Oh Cty Sch Dist 3.8%CI Bond | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C=$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scott, Jeanne E. | 04/20/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Munder Small Cap Value Fund Cl C | B | Distribution | K | T | | | | | |
| 53. Windstream Corp., common stock | A | Dividend | J | T | | | | | |
| 54. Williamsville State Band & Trust, acct. | B | Interest | L | T | | | | | |
| 55. Kaufman Tex Indpt Sch Dist 5.19% CI RF Bond Jan 02 | C | Interest | L | T | | | | | |
| 56. Yorba Linda Ca RDA Tax Rev 5.8% CI Bond | C | Interest | L | T | | | | | |
| 57. Austin Tex Cmnty College Dist. 4.28% CI Bond | B | Interest | L | T | | | | | |
| 58. Columbia Marsico Growth Fd, Cl C shares | | None | K | T | | | | | |
| 59. Spectra Energy Corp., common stock | A | Dividend | J | T | | | | | |
| 60. US Bank acct. | B | Interest | L | T | | | | | |
| 61. Santa Monica Ca Cmty Clg Dist. Bond | A | Interest | K | T | | | | | |
| 62. San Rafael Ca Rdv Agy Tax Allo Bond | B | Interest | | | Sold | 11-24 | K | | |
| 63. Covina-Valley Ca Uni Sch Dst Elec Bond | B | Interest | K | T | Buy | 1-11 | L | | |
| 64. Moreno Valley Ca Uni Sch Dist Bond | B | Interest | K | T | Buy | 3-31 | K | | |
| 65. McHenry-Kane Il Cmnty Csd#158 Bond | A | Interest | L | T | Buy | 10-15 | K | | |
| 66. Oak Park Il Corp Purp Ser B Bond | A | Interest | K | T | Buy | 11-24 | K | | |
| 67. Bollingbrook Il Zero Cpn, CI SerB Bond | A | Interest | L | T | Buy | 11-21 | L | | |
| 68. First Bank of Spfld. | A | Interest | K | T | Open | 10-08 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scott, Jeanne E. | 04/20/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  Davis NY Venture Fd. Cl C | A | Dividend | K | T | Buy | 4-24 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scott, Jeanne E. | 04/20/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

The interest shown on lines 23-29, 34, 37-39, 43-44, 47, 49, 51, 55-57, and 61-67 of Part VII is original issue discount. In earlier annual reports I listed my right to future pension benefits from prior employment under Agreements in Part II. In 2008 I began to receive those pension payments. Thus I did not list the pensions in Part II but instead listed the income received from them in Part III A.

| Name of Person Reporting | Date of Report |
|---|---|
| Scott, Jeanne E. | 04/20/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signa  04-20-09

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544